No. 240. CRUMMER COMPANY ET AL. *v.* DUPONT ET AL., TRUSTEES, ET AL. C. A. 5th Cir. Certiorari denied. MR. JUSTICE CLARK took no part in the consideration or deci-

sion of this application. *Robert J. Pleus, Chris Dixie* and *Joseph P. Lea, Jr.* for petitioners. *Richard W. Ervin*, Attorney General of Florida, *Ralph McLane*, Assistant Attorney General, *Henry P. Adair, Donald Russell, Charles R. Scott* and *H. M. Voorhis* for respondents. ▪